UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 22-21723-CIV-MORENO

SIMON URENA,

    Plaintiff,

vs.

KILOLO KIJAKAZI,

    Defendant.

_____/

## ORDER ADOPTING MAGISTRATE JUDGE GOODMAN'S REPORT AND RECOMMENDATIONS

THE MATTER was referred to the Honorable Jonathan Goodman, United States Magistrate Judge, for a Report and Recommendation on the Parties' cross-motions for summary judgment (D.E. 19, 23). The Magistrate Judge filed a Report and Recommendation **(D.E. 25)** on **July 28, 2023**. The Court has reviewed the entire file and record. Defendant did not file objections to the Report and Recommendation. Thus, it is

**ADJUDGED** that United States Magistrate Judge Jonathan Goodman's Report and Recommendation is **AFFIRMED** and **ADOPTED**. Accordingly, it is

**ADJUDGED** that the Plaintiff's Motion for Summary Judgment is GRANTED, and the Defendant's Motion for Summary Judgment is DENIED. The Court remands the case back to the Commissioner of Social Security.

DONE AND ORDERED in Chambers at Miami, Florida, this  30th  of August 2023.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:
United States Magistrate Judge Johnathan Goodman
Counsel of Record