UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Case Number: 22-21723-CIV-MORENO

SIMON URENA,

    Plaintiff,

vs.

KILOLO KIJAKAZI, Acting Commissioner of
Social Security,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE GOODMAN'S REPORT AND RECOMMENDATIONS ON PLAINTIFF'S NEGOTIATED FEES MOTION

THE MATTER was referred to the Honorable Jonathan Goodman, United States Magistrate Judge, for a Report and Recommendation on the Plaintiff's Negotiated Fees Motion, filed on **September 28, 2023**. The Magistrate Judge filed a Report and Recommendation (**D.E. 31**) on **October 16, 2023**. The Court has reviewed the entire file and record. The Court has made a *de novo* review of the issues presented in the Magistrate Judge's Report and Recommendation. The Court notes that no objections were filed, and the time for doing so has now passed. Being otherwise fully advised in the premises, it is

**ADJUDGED** that United States Magistrate Judge Jonathan Goodman's Report and Recommendation is **AFFIRMED** and **ADOPTED**. Accordingly, it is

**ADJUDGED** that Plaintiff's Negotiated Fees Motion is GRANTED IN PART and the Court awards Plaintiff the agreed upon amount of $11,337.08 in attorney's fees and $402.00 in costs. For which sums let execution issue.

DONE AND ORDERED in Chambers at Miami, Florida, this 19th of October 2023.

*[signature: Federico A. Moreno]*

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

2

Copies furnished to:

United States Magistrate Judge Jonathan Goodman

Counsel of Record