UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number: 22-21723-CIV-MORENO**

SIMON URENA,

      Plaintiff,

vs.

ACTING COMMISSIONER OF SOCIAL
SECURITY,

      Defendant.
_____/

### ORDER ADOPTING MAGISTRATE JUDGE GOODMAN'S REPORT AND RECOMMENDATIONS ON PLAINTIFF'S UNOPPOSED MOTION FOR ATTORNEY'S FEES

THE MATTER was referred to the Honorable Jonathan Goodman, United States Magistrate Judge, for a Report and Recommendation on Plaintiff's Unopposed Motion for Attorney's Fees (**D.E. 35**), filed on **August 27, 2024**. The Magistrate Judge filed a Report and Recommendation (**D.E. 38**) on **October 23, 2024**. The Court has reviewed the entire file and record. The Court has made a *de novo* review of the issues presented in the Magistrate Judge's Report and Recommendation. The Court also notes that no objections were filed, and the time for doing so has now passed. Being otherwise fully advised in the premises, it is

**ADJUDGED** that United States Magistrate Judge Jonathan Goodman's Report and Recommendation is **AFFIRMED** and **ADOPTED**. Accordingly, it is

**ADJUDGED** that Plaintiff's Unopposed Motion for Attorney's Fees is **GRANTED**. The Court hereby awards Plaintiff's counsel $51,624.93 in attorney's fees pursuant to 42 U.S.C. § 406(b). For which sum let execution issue. Once Plaintiff's counsel receives these funds, counsel

shall immediately refund Plaintiff the $11,337.08 in fees previously awarded under the Equal Access to Justice Act.

DONE AND ORDERED in Chambers at Miami, Florida, this 2nd of December 2024.

*Federico A. Moreno*

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge Jonathan Goodman

Counsel of Record